# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DR. BENJAMIN RODRIGUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-02071-APG-VCF<br><br>**ORDER DENYING MOTION TO REMAND WITHOUT PREJUDCE** |

On January 2, 2013, Plaintiff filed a Motion to Remand [Dkt. #26] this case to state court. Subsequently, the parties stipulated to delay Defendants' Opposition to that Motion, while they pursued settlement. On February 25, 2013, the parties stipulated, and this Court ordered [Dkt. #42], that "all deadlines should be stayed, including the deadline to respond to plaintiffs' pending motion to remand, and this case should be referred to a settlement conference before Magistrate Judge Ferenbach as soon as the Court's calendar can accommodate the parties." That settlement conference has been repeatedly delayed, and is now set for July 8, 2013. Given this extensive delay, and to avoid having the Motion to Remand linger on the Court's docket,

**IT IS HEREBY ORDERED** that the Motion to Remand [Dkt. #26] is denied without prejudice to Plaintiff's ability to re-file it should the case not settle.

Dated: May 28, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE