MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Jean Paul Hendricks, Bar No. 10079
Email: jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:  (702) 474-9422

WELLS MARBLE & HURST, PLLC.
Walter D. Willson, (*pro hac vice*)
Kenna L. Mansfield, Jr. (*pro hac vice*)
Joshua P. Henry, *(pro hac vice)*
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 605-6900
Facsimile:  (601) 605-6901

Attorneys for Defendant Pacific
Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DR. BENJAMIN RODRIGUEZ, BENJAMIN RODRIGUEZ, M.D., P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY; KENNETH R. HARSTEIN; ECONOMIC CONCEPTS, INC., and CRAIG BILLINGS,<br><br>Defendants. | CASE NO:  2:12-cv-02071-APG-VCF<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT AS TO DEFENDANT PACIFIC LIFE INSURANCE COMPANY** |

**WHEREAS,** Plaintiffs and Defendant Pacific Life Insurance Company ("Pacific

Life") have jointly moved the Court for an Order dismissing Pacific Life from this matter with

prejudice [49], and the Court, having been advised that Plaintiffs and Defendant Pacific Life have reached settlement with respect to all of the claims and causes of action asserted against Pacific Life herein, the Court finds as follows:

There is no just reason for delay. Final judgment should be, and hereby is, entered as to Defendant Pacific Life pursuant to Fed. R. Civ. P. 54, fully and finally dismissing and discharging it from this action with prejudice. Plaintiffs and Defendant Pacific Life to bear their own costs.

**IT IS HEREBY ORDERED AND ADJUDGED** that, under and pursuant to Fed. R. Civ. P. 54, Defendant Pacific Life Insurance Company is hereby fully and finally dismissed and discharged from this action with prejudice. Plaintiffs and Defendant Pacific Life to bear their own costs.

**SO ORDERED AND ADJUDGED**, this 29th day of May, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

**SUBMITTED AND AGREED TO BY:**

| **WELLS MARBLE & HURST, PLLC** | **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** |
|---|---|
| By: /s/ Joshua P. Henry<br>Joshua P. Henry (pro hac vice) | By: /s/ Brian K. Terry<br>Brian K. Terry, Bar No.: 003171 |
| MORRIS LAW GROUP<br>Robert McCoy, Bar No. 9121<br>JP Hendricks, Bar No. 10079<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | Thorndal, Armstrong, Delk, Balkenbush & Eisinger<br>1100 E. Bridger Avenue<br>P.O. Drawer 2070<br>Las Vegas, Nevada 89125-2070 |
| WELLS MARBLE & HURST, PLLC | Jonathan David Azano (pro se)<br>Anthony L. Vitullo (pro se) |

| | |
|---|---|
| Walter D. Wilson (pro hac vice) | Fee, Smith, Sharp & Vitullo, LLP |
| Kenna Mansfield, Jr. (pro hac vice) | 13155 Noel Road, Suite 1000 |
| 300 Concourse Boulevard, Suite 200 | Dallas, Texas  75240 |
| Ridgeland, MS 39157 | |
| 300 Concourse Boulevard, Suite 200 | Attorney for Plaintiffs |
| Ridgeland, MS 39157 | Dr. Benjamin Rodriguez and |
| | Benjamin Rodriguez M.D., P.C |
| Attorneys for Defendant Pacific Life Insurance Company | |