MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Jean Paul Hendricks, Bar No. 10079
Email: jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:  (702) 474-9422

WELLS MARBLE & HURST, PLLC.
Walter D. Willson, (*pro hac vice*)
Kenna L. Mansfield, Jr. (*pro hac vice*)
Joshua P. Henry, (*pro hac vice*)
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 605-6900
Facsimile:  (601) 605-6901

Attorneys for Defendant Pacific
Life Insurance Company

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DR. BENJAMIN RODRIGUEZ, BENJAMIN RODRIGUEZ, M.D., P.C., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC LIFE INSURANCE COMPANY; KENNETH R. HARSTEIN; ECONOMIC CONCEPTS, INC., and CRAIG BILLINGS, <br><br> Defendants. | CASE NO:  2:12-cv-02071-APG-VCF <br><br> **ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT AS TO DEFENDANT PACIFIC LIFE INSURANCE COMPANY** |

**WHEREAS,** Plaintiffs and Defendant Pacific Life Insurance Company ("Pacific

Life") have jointly moved the Court for an Order dismissing Pacific Life from this matter with

prejudice [49], and the Court, having been advised that Plaintiffs and Defendant Pacific Life have reached settlement with respect to all of the claims and causes of action asserted against Pacific Life herein, the Court finds as follows:

There is no just reason for delay.  Final judgment should be, and hereby is, entered as to Defendant Pacific Life pursuant to Fed. R. Civ. P. 54, fully and finally dismissing and discharging it from this action with prejudice.  Plaintiffs and Defendant Pacific Life to bear their own costs.

**IT IS HEREBY ORDERED AND ADJUDGED** that, under and pursuant to Fed. R. Civ. P. 54, Defendant Pacific Life Insurance Company is hereby fully and finally dismissed and discharged from this action with prejudice.  Plaintiffs and Defendant Pacific Life to bear their own costs.

**SO ORDERED AND ADJUDGED**, this 29th day of May, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

**SUBMITTED AND AGREED TO BY:**

**WELLS MARBLE & HURST, PLLC**

By: /s/ Joshua P. Henry
Joshua P. Henry (pro hac vice)

MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
JP Hendricks, Bar No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

WELLS MARBLE & HURST, PLLC

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

By: /s/ Brian K. Terry
Brian K. Terry, Bar No.: 003171
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
1100 E. Bridger Avenue
P.O. Drawer 2070
Las Vegas, Nevada 89125-2070

Jonathan David Azano (pro se)
Anthony L. Vitullo (pro se)

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA • 300 SOUTH FOURTH STREET • LAS VEGAS, NEVADA 89101
702/474-9400 • FAX 702/474-9422

Walter D. Wilson (pro hac vice)
Kenna Mansfield, Jr. (pro hac vice)
300 Concourse Boulevard, Suite 200
Ridgeland, MS 39157
300 Concourse Boulevard, Suite 200
Ridgeland, MS 39157

Attorneys for Defendant Pacific Life
Insurance Company

Fee, Smith, Sharp & Vitullo, LLP
13155 Noel Road, Suite 1000
Dallas, Texas  75240

Attorney for Plaintiffs
Dr. Benjamin Rodriguez and
Benjamin Rodriguez M.D., P.C

MORRIS LAW GROUP

900 BANK OF AMERICA PLAZA • 300 SOUTH FOURTH STREET • LAS VEGAS, NEVADA 89101
702/474-9400 • FAX 702/474-9422