**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DR. BENJAMIN RODRIGUEZ, et al.,

        Plaintiff,

vs.

PACIFIC LIFE INSURANCE COMPANY, et al.,

        Defendants.

2:12-cv-02071-APG-VCF

**ORDER**

    Before the court is Plaintiffs and Defendant Pacific Life Insurance Company's (hereafter "Pacific Life") Joint Notice of Settlement and Motion to Cancel Settlement Conference (#48).

    Plaintiffs and Defendant Pacific Life were able to successfully resolved all disputes between them at a recent mediation. They have filed a Motion to Dismiss Defendant Pacific Life from the case. *Id.* Plaintiffs and Defendant Pacific Life request the court to "cancel the settlement conference currently scheduled for July 8, 2013 and to the extent that there is any stay of proceedings in this case, lift the stay." *Id.* On May 30, 3013, Plaintiffs filed a renewed Motion to Remand and Memorandum of Points and Authorities in Support of Same. (#51).

    IT IS HEREBY ORDERED that Plaintiffs and Defendant Pacific Life's Joint Notice of Settlement and Motion to Cancel Settlement Conference (#48) is GRANTED.

    IT IS FURTHER ORDERED that the settlement conference scheduled for July 8, 2013 is VACATED.

    IT IS FURTHER ORDERED that the stayed on all deadlines is lifted and the case returns to the normal litigation course.

    DATED this 7th day of June, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE