Robert J. D'Anniballe, Jr.
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
200 Stanton Blvd., Suite 100
Steubenville, OH 43952
Facsimile: 740-282-8667
rjd@pietragallo.com

Marc S. Cwik
Adam J. Pernsteiner
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
702-893-3383
702-893-3789 (Fax)
cwik@lbbslaw.com
apernsteiner@lbbslaw.com

Attorneys for Defendants Economic Concepts, Inc.
and Kenneth R. Hartstein

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DR. BENJAMIN RODRIGUEZ, BENJAMIN RODRIGUEZ, M.D., P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY; KENNETH R. HARSTEIN; ECONOMIC CONCEPTS, INC., and CRAIG BILLINGS,<br><br>Defendants. | CASE NO: 2:12-cv-2071-APG-VCF<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT AS TO DEFENDANTS KENNETH R. HARTSTEIN AND ECONOMIC CONCEPTS, INC. |

WHEREAS, Plaintiffs Dr. Benjamin Rodriguez and Benjamin Rodriguez, M.D., P.C. ("Plaintiffs") and Defendants Kenneth R. Hartstein and Economic Concepts, Inc. ("Hartstein" and "ECI") have jointly moved the Court for an Order dismissing Hartstein and ECI from this matter with prejudice, and the Court, having been advised that Plaintiffs and Defendants Hartstein and ECI have reached settlement with respect to all of the claims and causes of action asserted against Hartstein and ECI herein, the Court finds as follows:

There is no just reason for delay. Final judgment should be, and hereby is, entered as to Defendants Hartstein and ECI pursuant to Fed. R. Civ. P. 54, fully and finally dismissing and discharging it from this action with prejudice. Plaintiffs and Defendants Hartstein and ECI to bear their own costs.

**IT IS HEREBY ORDERED AND ADJUDGED** that, under and pursuant to Fed. R. Civ. P. 54, Defendants Hartstein and ECI are hereby fully and finally dismissed and discharged from this action with prejudice. Plaintiffs and Defendants Hartstein and ECI to bear their own costs.

**SO ORDERED AND ADJUDGED**, this 5th day of September, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

**SUBMITTED AND AGREED TO BY:**

By: _____
Robert J. D'Anniballe, Jr.
Pietragallo Gordon Alfano Bosick &
Raspanti, LLP
200 Stanton Blvd., Suite 100
Steubenville, OH 43952

Marc S. Cwik
Adam J. Pernsteiner
Lewis Brisbois Bisgaard & Smith LLP

FEE, SMITH, SHARP & VITULLO, LLP
By: _____
Jonathan David Azano (pro hac vice)
Anthony L. Vitullo (pro hac vice)
Fee, Smith, Sharp & Vitullo, LLP
13155 Noel Road, Suite 1000
Dallas, Texas 75240

1 | 6385 S. Rainbow Blvd., Suite 600
2 | Las Vegas, NV 89118
3 |
4 | Attorneys for Defendants Economic
5 | Concepts, Inc. and Kenneth R. Hartstein

Brian K. Terry, Bar No.: 003171
Thorndal, Armstrong, Delk,
Balkenbush & Eisinger
1100 E. Bridger Avenue
P.O. Drawer 2070
Las Vegas, Nevada 89125-2070

Attorneys for Plaintiffs
Dr. Benjamin Rodriguez and
Benjamin Rodriguez M.D., P.C

-3-
**ORDER OF DISMISSAL WITH PREJUDICE**